Case No. 24-3432

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ESKENDER GETACHEW

    Defendant - Appellant

It is **ORDERED** that this appeal be, and it hereby is, expedited for briefing and submission. Accordingly, counsel is directed to docket the transcript order entry by **May 23, 2024**. The court reporter is directed to complete the transcript, upon satisfactory financial arrangements, no later than **June 13, 2024**.

No extensions of time will be granted for any of the requirements, absent extraordinary circumstances, which must be established by motion.

    **ENTERED PURSUANT TO RULE 45(a),**
    **RULES OF THE SIXTH CIRCUIT**
    Kelly L. Stephens, Clerk

Issued: May 17, 2024